1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC MARCHIOLI,<br><br>            Plaintiff,<br><br>      v.<br><br>PRE-EMPLOY.COM, INC.;<br>EISENHOWER MEDICAL CENTER;<br><br>            Defendants. | Case No.  2:16-cv-01195-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. Proc. 6(b)]<br><br>[Ex Parte *Joint Motion for Extension of Time to File Responsive Pleadings to Plaintiff's Complaint submitted concurrently herewith*]<br><br>Hon. Morrison C. England, Jr. |


# ORDER

Defendants Eisenhower Medical Center ("EMC") and Pre-Employ.Com, Inc.'s *ex parte* application for an extension of time to file responsive pleadings to Plaintiff Marc Marchioli's Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure section (the "Motion") was filed on August 30, 2016. ECF No. 10. Plaintiff's Opposition (ECF No. 12) was filed on September 1, 2016. The Court, having considered the parties' arguments, finds good cause to grant Defendants an extension to file responsive pleadings to Plaintiffs' Complaint in order to give the Court sufficient time to rule on EMC's Motion to Transfer Venue in the related putative class action and for Defendants to prepare their pleadings in light of that ruling. The Court therefore GRANTS Defendants' application (ECF No. 10) and orders that Defendants be permitted an extension of time, to and including Friday, October 14, 2016, by which to file their responsive pleadings to Plaintiff's individual Complaint in this action.

IT IS SO ORDERED.

Dated: September 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE